**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Plaintiffs Board of Trustees of the
Painters & Floorcoverers Joint Committee, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 16, | CASE NO.: 2:19-cv-02056<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND CONSENT TO AUDIT**<br><br>Date: N/A<br>Time: N/A |
| Plaintiffs, | |

vs.

FF&E REFINISHING NV, LLC, a Nevada limited-liability company; FF&E REFINISHING, LLC, a Georgia limited-liability company; ROBERT MARIO INSENGA, an individual; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited-liability company; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,

Defendants.

The Plaintiffs, acting by and through their counsel, Christensen James & Martin, Chtd., and Defendants FF&E Refinishing NV, LLC ("FF&E Refinishing NV"), FF&E Refinishing, LLC ("FF&E Refinishing"), Robert Mario Insenga ("R Insenga") (FF&E Refinishing NV, FF&E Refinishing and R Insenga collectively referred to herein as the "FF&E Defendants") and Aria Resort & Casino Holdings, LLC ("Aria") (the FF&E Defendants and Aria collectively referred to herein as the "Defendants") (Plaintiffs and Defendants collectively referred to herein as the "Parties") hereby Stipulate, Agree and Request this Court's Order as follows:

1. This matter is currently pending before the above-entitled Court and has not been scheduled for trial. There are no summary judgment or dispositive motions pending before the Court.

2. The Defendants hereby acknowledge that they were each served with, or accepted service of, Plaintiffs' Summons and Complaint in the above-entitled matter as of January 29, 2020;

3. The Parties are negotiating a resolution of their claims and defenses, but have not yet finalized those negotiations.

4. The Defendants shall have until March 30, 2020, to file their responsive pleadings, which extension is intended to allow the Parties additional time in which to exchange documents and information and attempt to reach a resolution of their claims and defenses. This is the first request for an extension of time to file responsive pleadings and is not

requested to cause delay or for any other improper purpose.

5. The Plaintiffs have requested, and the FF&E Defendants hereby agree, that the FF&E Defendants shall submit to a payroll compliance audit ("Audit") and provide the payroll and related records in their possession or control showing the work performed by FF&E Refinishing NV and/or FF&E Refinishing at the Aria Resort and Casino ("Audit Documents").

6. The FF&E Defendants shall provide all Audit Documents to counsel for the Plaintiffs, Christensen James & Martin, Chtd., located at 7440 West Sahara Avenue, Las Vegas, NV 89117, on or before February 10, 2020. The FF&E Defendants also agree to provide within a reasonable time any other documents requested by the Plaintiffs that may be necessary to perform the Audit.

7. The Plaintiffs, as employee benefit trust funds governed by the Employee Retirement Security Act, have the right to audit a signatory's records to ensure compliance with the terms and conditions of the applicable collectively bargained agreement and trust agreements.

8. This Stipulation is made in an effort to avoid protracted litigation with accompanying costs and is not an admission of liability, nor is this Stipulation a modification of any collective bargaining agreement or trust agreement.

9. The Parties agree that this Case shall be stayed until March 30, 2020, to allow the FF&E Defendants time in which to provide the Audit Documents to the Plaintiffs, to allow the Plaintiffs additional time to perform the Audit and to allow the Parties additional time in which to resolve their claims and defenses. If the Parties cannot resolve their claims and defenses, then they will be required to litigate this matter in the ordinary course, and the Defendants shall be required to file and serve responsive pleadings by March 30, 2020.

10. The stay, as proposed herein, does not apply to any motions that may be brought by Plaintiffs to compel compliance with this Stipulation.

11. The Defendants acknowledge and assert that they have had an opportunity to discuss this Stipulation and the effects that it has or may have with the attorney of their choice,

-3-

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

12. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

**Christensen James & Martin, Chtd.**

By: /s/ Kevin B. Archibald
Kevin B. Archibald, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: kba@cjmlv.com
*Attorneys for Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated this 31st day of January, 2020.

**Aria Resort & Casino Holdings, LLC**

By:_____

Name:_____

Title:_____

Dated this _____ day of January, 2020.

**FF&E Refinishing NV, LLC**

By:_____
Robert Mario Insenga, its _____

Dated this _____ day of January, 2020.

**FF&E Refinishing, LLC**

By:_____
Robert Mario Insenga, its _____

Dated this _____ day of January, 2020.

**Robert Mario Insenga**

_____

Dated this _____ day of January, 2020.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____

-4-

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

12. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

| **Christensen James & Martin, Chtd.** | **FF&E Refinishing NV, LLC** |
|---|---|
| By:_____<br>Kevin B. Archibald, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Email: kba@cjmlv.com<br>*Attorneys for Board of Trustees*<br>*of the Painters & Floorcoverers Joint*<br>*Committee, et al.* | By:_____<br>   Robert Mario Insenga, its _____<br>Dated this ___ day of January, 2020.<br><br>**FF&E Refinishing, LLC**<br>By:_____<br>   Robert Mario Insenga, its _____<br>Dated this ___ day of January, 2020. |
| Dated this _____ day of January, 2020. | **Robert Mario Insenga**<br>_____<br>Dated this ___ day of January, 2020. |
| **Aria Resort & Casino Holdings, LLC**<br>By:_____<br>Name:_____<br>Title:_____<br>Dated this _____ day of January, 2020. | |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____

-4-

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

12. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

**Christensen James & Martin, Chtd.**

By:_____
    Kevin B. Archibald, Esq.
    Nevada Bar No. 11871
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Telephone: (702) 255-1718
    Email: kba@cjmlv.com
    *Attorneys for Board of Trustees*
    *of the Painters & Floorcoverers Joint*
    *Committee, et al.*

Dated this _____ day of January, 2020.

**Aria Resort & Casino Holdings, LLC**

By: /s/ _____
Name: Ashley Eddy
Title: Authorized Representative

Dated this 31ST day of January, 2020.

**FF&E Refinishing NV, LLC**

By:_____
    Robert Mario Insenga, its _____

Dated this _____ day of January, 2020.

**FF&E Refinishing, LLC**

By:_____
    Robert Mario Insenga, its _____

Dated this _____ day of January, 2020.

**Robert Mario Insenga**

_____

Dated this _____ day of January, 2020.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
2/4/2020
Dated:_____