**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Plaintiffs Board of Trustees of the
Painters & Floorcoverers Joint Committee, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FF&E REFINISHING NV, LLC, *et al.*, <br><br> Defendants. | CASE NO.: 2:19-cv-02056 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** <br> **[Second Request]** <br><br> Date: N/A <br> Time: N/A |

The Plaintiffs, acting by and through their counsel, Christensen James & Martin, Chtd., and Defendants FF&E Refinishing NV, LLC ("FF&E Refinishing NV"), FF&E Refinishing, LLC ("FF&E Refinishing"), Robert Mario Insenga ("R Insenga") (FF&E Refinishing NV, FF&E Refinishing and R Insenga collectively referred to herein as the "FF&E Defendants") and Aria Resort & Casino Holdings, LLC ("Aria") (the FF&E Defendants and Aria collectively referred to herein as the "Defendants") (Plaintiffs and Defendants collectively referred to herein as the "Parties") hereby Stipulate, Agree and Request this Court's Order as follows:

1. This matter is currently pending before the above-entitled Court and has not been scheduled for trial. There are no summary judgment or dispositive motions pending before the Court.

2. On January 31, 2020, the Parties entered into a Stipulation and Order for

Extension of Time to File Responsive Pleadings and Consent to Audit [ECF 7], which was approved by this Court's Order filed on February 4, 2020 [ECF 8]. The Order required the FF&E Defendants to provide the payroll and related records in their possession or control to the Plaintiffs showing the work performed by FF&E Refinishing NV and/or FF&E Refinishing at the Aria Resort and Casino ("Audit Documents") so that the Plaintiffs could perform a payroll compliance audit ("Audit"). The Order also allowed the Defendants until March 30, 2020, to file their responsive pleadings, which extension was requested to allow the Parties additional time in which to exchange documents and information, to have the Audit performed and to attempt to reach a resolution of their claims and defenses.

3. The FF&E Defendants provided the Audit Documents to the Plaintiffs on February 24, 2020. The Plaintiffs' third-party Auditor performed the Audit and issued an Audit Report on March 25, 2020.

4. The Parties request that the Defendants have until May 1, 2020, to file their responsive pleadings, which extension is intended to allow the Parties additional time in which to review the Audit Report and attempt to reach a resolution of their claims and defenses. This is the second request for an extension of time to file responsive pleadings and is not requested to cause delay or for any other improper purpose.

5. This Stipulation is made in an effort to avoid protracted litigation with accompanying costs and is not an admission of liability, nor is this Stipulation a modification of any collective bargaining agreement or trust agreement.

6. The Parties agree that this Case shall be stayed until May 1, 2020, to allow the Defendants time in which to review the Audit Report and to allow the Parties additional time in which to resolve their claims and defenses. If the Parties cannot resolve their claims and defenses, then they will be required to litigate this matter in the ordinary course, and the Defendants shall be required to file and serve responsive pleadings by May 1, 2020.

7. The Defendants acknowledge and assert that they have had an opportunity to discuss this Stipulation and the effects that it has or may have with the attorney of their choice,

-2-

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

8. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

**Christensen James & Martin, Chtd.**

By: /s/ Kevin B. Archibald
Kevin B. Archibald, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: kba@cjmlv.com
*Attorneys for Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated this 30th day of March, 2020.

**Aria Resort & Casino Holdings, LLC**

By:_____
Ashley Eddy, Authorized Representative

Dated this _____ day of March, 2020.

**FF&E Refinishing NV, LLC**

By:_____
Robert Mario Insenga, its President

Dated this _____ day of March, 2020.

**FF&E Refinishing, LLC**

By:_____
Robert Mario Insenga, its President

Dated this _____ day of March, 2020.

**Robert Mario Insenga**

_____

Dated this _____ day of March, 2020.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4/1/2020

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

8. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

| **Christensen James & Martin, Chtd.** | **FF&E Refinishing NV, LLC** |
|---|---|
| By: _____<br>Kevin B. Archibald, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 255-1718<br>Email: kba@cjmlv.com<br>*Attorneys for Board of Trustees<br>of the Painters & Floorcoverers Joint<br>Committee, et al.* | By: _____<br>Robert Mario Insenga, its President<br><br>Dated this _____ day of March, 2020. |
| Dated this _____ day of March, 2020. | **FF&E Refinishing, LLC**<br><br>By: _____<br>Robert Mario Insenga, its President<br><br>Dated this _____ day of March, 2020. |
| **Aria Resort & Casino Holdings, LLC**<br><br>By: _____/s/_____<br>Ashley Eddy, Authorized Representative<br><br>Dated this __27th__ day of March, 2020. | **Robert Mario Insenga**<br><br>_____<br><br>Dated this _____ day of March, 2020. |

## <u>ORDER</u>

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-3-

that they accept the consequences of entering into this Stipulation and that for the limited purpose of entering this Stipulation, they have chosen to appear pro se.

8. The Defendants acknowledge further that should settlement negotiations between the Parties fail and the Defendants be required to file responsive pleadings, then Aria, FF&E Refinishing NV and FF&E Refinishing, LLC may only appear in the Case through licensed counsel pursuant to *Rowland v. California Men's Colony*, 506 U.S. 194 (1993) and *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

**Christensen James & Martin, Chtd.**

By:_____
Kevin B. Archibald, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: kba@cjmlv.com
*Attorneys for Board of Trustees
of the Painters & Floorcoverers Joint
Committee, et al.*

Dated this _____ day of March, 2020.

**Aria Resort & Casino Holdings, LLC**

By:_____
Ashley Eddy, Authorized Representative

Dated this _____ day of March, 2020.

**FF&E Refinishing NV, LLC**

By:_____
Robert Mario Insenga, its President

Dated this 31st day of March, 2020.

**FF&E Refinishing, LLC**

By:_____
Robert Mario Insenga, its President

Dated this 31st day of March, 2020.

**Robert Mario Insenga**

_____

Dated this 31st day of March, 2020.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____

-3-