Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Email:  kkichline@mgmresorts.com

*Attorney for Defendant Aria Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FF&E REFINISHING NV, LLC, a Nevada limited-liability company; FF&E REFINISHING, LLC, a Georgia limited-liability company; ROBERT MARIO INSENGA, an individual; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited-liability company; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br>.<br>Defendants. | Case No.: 2:19-cv-02056-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ARIA RESORT & CASINO, LLC TO FILE ITS RESPONSIVE PLEADING**<br><br>**[Third Request]** |

By and through their counsel, Defendant Aria Resort & Casino, LLC, incorrectly named as Aria Resort & Casino Holdings, LLC ("Aria"), Defendants FF&E Refinishing NV, LLC ("FF&E Refinishing NV"), FF&E Refinishing, LLC ("FF&E Refinishing"), Robert Mario Insenga ("R Insenga") (FF&E Refinishing NV, FF&E Refinishing and R Insenga collectively referred to herein as the "FF&E Defendants") (the FF&E Defendants and Aria collectively referred to herein as the "Defendants") (Plaintiffs and Defendants collectively referred to herein as the "Parties") hereby Stipulate, Agree and Request this Court's Order as follows:

1. This matter is currently pending before the above-entitled Court and has not been scheduled for trial. There are no summary judgment or dispositive motions pending before the Court.

2. On January 31, 2020, the Parties entered into a Stipulation and Order for Extension of Time to File Responsive Pleadings and Consent to Audit [ECF 7], which was approved by this Court's Order filed on February 4, 2020 [ECF 8]. This extension was requested so that the Parties could exchange documents, Plaintiffs could perform a payroll compliance audit ("Audit"), and the Parties could attempt to reach a resolution of their claims and defenses. This Stipulation and Order for Extension of Time allowed Defendants until March 30, 2020, to file their responsive pleadings.

3. The Plaintiffs' third-party Auditor performed the Audit and issued an Audit Report on March 25, 2020. The Parties sought a second extension of time for responsive pleadings to be filed, until May 1, 2020, to allow the Parties time to review the audit report and attempt to reach a resolution. The requested extension was approved by this Court on April 1, 2020 [ECF 11]. On May 1, 2020, the FF&E Defendants filed their Answer to the Complaint. [ECF 12].

4. In order to facilitate further discussions among the Parties attempting to reach a resolution, and also because Aria was dealing with, and continues to deal with, the unprecedented disruption to its business resulting from the COVID-19 pandemic including closure of the casino-hotel property and furlough of the overwhelming majority of its employees, the Parties agreed to allow Aria until May 20, 2020 to file its responsive pleading.

5. On May 14, 2020, the Parties met and conferred for their Rule 26(f) conference.

6. This is the third request for an extension of time to file responsive pleadings and is not requested to cause delay or for any other improper purpose.

7. This Stipulation is made in an effort to avoid protracted litigation with accompanying costs and is not an admission of liability, nor is this Stipulation a modification of any collective bargaining agreement or trust agreement.

///

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **LITCHFIELD CAVO LLP** |
| By:   */s/Kevin Archibald* <br>     Kevin B. Archibald, Esq. <br>     Nevada Bar No. 13817 <br>     7440 W. Sahara Avenue <br>     Las Vegas, Nevada 89117 <br>     Tel: (702) 255-1718 <br>     Fax: (702) 255-0871 <br>     Email: kba@cjmlv.com <br>     *Attorneys for Plaintiffs Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.* | By:   */s/Griffith Hayes* <br>     Griffith Hayes, Esq. <br>     Nevada Bar No. 7374 <br>     3993 Howard Hughes Pkwy., Ste. 100 <br>     Las Vegas, NV 89169 <br>     Tel: (702) 949-3100 <br>     Fax: (702) 916-1776 <br>     Email: hayes@litchfieldcavo.com <br>     *Attorneys for Defendants FF&E Refinishing NV, LLC, FF&E Refinishing, LLC and Robert Mario Insenga* |
| DATED:   May 14, 2020 | DATED:   May 14, 2020 |
| | **MGM RESORTS INTERNATIONAL** |
| | By:   */s/Kelly Kichline* <br>     Kelly R. Kichline <br>     Nevada Bar No. 10642 <br>     6385 S. Rainbow Blvd., Ste. 500 <br>     Las Vegas, NV 89118 <br>     Tel: (702) 692-5651 <br>     Email: kkichline@mgmresorts.com <br>     *Attorney for Defendant Aria Resort & Casino, LLC* |
| | DATED:   May 14, 2020 |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

5/18/2020
_____
DATE

3.