1  GRIFFITH H. HAYES, ESQ.
   Nevada Bar No. 7374
2  DANIEL B. CANTOR, ESQ.
   Nevada Bar No. 14180
3  **LITCHFIELD CAVO LLP**
   3993 Howard Hughes Parkway, Suite 100
4  Las Vegas, Nevada 89169
   Telephone: (702) 949-3100
5  Facsimile: (702) 916-1776
   hayes@litchfieldcavo.com
6  zimmer@litchfieldcavo.com

7  *Attorneys for Defendants FF&E Refinishing NV, LLC,*
   *FF&E Refinishing, LLC and Robert Mario Insenga*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOOR COVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND ; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 16,<br><br>                     Plaintiffs,<br>v. | CASE NO.: 2:19-CV-02056-JCM-BNW<br><br>STIPULATION AND ORDER TO:<br>  1. EXTEND TIME FOR PLAINTIFF TO AMEND THEIR COMPLAINT AND<br>  2. DELAY THE START OF DISCOVERY FOR FOURTEEN (14) DAYS PENDING SETTLEMENT NEGOTIATIONS |

1

|   |   |
|---|---|
| 1 | FF&E REFINISHING NV, LLC, a Nevada limited-liability company; FF&E REFINISHING, LLC, a Georgia limited-liability company; ROBERT MARIO INSENGA, an individual; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited-liability company; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 | Defendants. |

It is hereby stipulated by and between the parties through their counsel, Plaintiffs ("Plaintiffs"), Defendant Aria Resort & Casino LLC ("Aria"), and Defendants FF&E Refinishing NV, LLC ("FF&E Refinishing NV"), FF&E Refinishing, LLC ("FF&E Refinishing") and Robert Mario Insenga ("Insenga")(FF&E Refinishing NV, FF&E Refinishing and Insenga collectively referred to as "FF&E Defendants") and non-party Markel Surety dba SureTec Insurance Company/SureTec Indemnity Company[1] ("SureTec")(Plaintiffs, Aria, SureTec, and FF&E Defendants are collectively referred to as the "Parties") as follows:

1. The Parties are currently engaged in settlement negotiations in the hope of completely resolving the instant litigation. The Parties have agreed that if there is no settlement, Plaintiffs will have until June 4, 2020 to file an amended complaint to, *inter alia*, assert causes of action against SureTec regarding enforcement of a certain bond, no. 3406804 (the "Bond"). The Parties also agree that any applicable statute of limitations that would apply to any of Plaintiffs' Enforcement and Collection claims against the Bond shall be tolled through June 4, 2020.

2. Plaintiffs reserve all rights against the Bond. SureTec reserves all of its rights and defenses as to the Bond, including but not limited to, the defense that the Plaintiffs' collection rights under the Bond are limited by the terms of the Bond.

3. The Parties have also agreed to briefly delay the start of discovery to June 5, 2020.

4. The Parties agree that no prejudice will result to any party by agreeing to the terms of this Stipulation.

---

[1] SureTec is not a named party in this Case and acknowledges that should it be required to formally make an appearance herein, beyond its limited appearance for purposes of this Stipulation only, it will do so through licensed counsel pursuant to *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (1993).

2

5. This Stipulation promotes the interest of judicial economy and efficiency and in no way affects this case from proceeding efficiently and does not change any potential trial date.

Dated: May 27, 2020

**LITCHFIELD CAVO LLP**

By: /s/ Daniel B. Cantor, Esq.
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
T: 702-949-3100/F: 702-916-1779
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com
*Attorneys for Plaintiff*

Dated: May 27, 2020

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: /s/ Kevin B. Archibald, Esq.
KEVIN B. ARCHIBALD, ESQ.
Nevada Bar No. 13817
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
T: 702-255-1718
kba@cjmlv.com
*Attorneys for Plaintiffs, Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated: May 27, 202

**MGM RESORTS INTERNATIONAL**

By: /s/ Kelly R. Kichline, Esq.
KELLY R. KICHLINE, ESQ.
Nevada Bar No. 10642
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118
T: 702-692-5651
kkichline@mgmresorts.com
*Attorneys for Defendant Aria Resort & Casino LLC*

Dated: May 27, 2020

**MARKEL SURETY dba SURETEC INSURANCE COMPANY/SURETEC INDEMNITY COMPANY**

By: _____

Cynthia Vincent, its_____

**IT IS SO ORDERED.**

Date: __June 1_____, 2020.

_____
United States Magistrate Judge

3

1  5. This Stipulation promotes the interest of judicial economy and efficiency and in no way
2 affects this case from proceeding efficiently and does not change any potential trial date.

3 Dated: May 27, 2020              **LITCHFIELD CAVO LLP**

4                                 By: _/s/ Daniel B. Cantor, Esq._
                                     GRIFFITH H. HAYES, ESQ.
5                                    Nevada Bar No. 7374
                                     DANIEL B. CANTOR, ESQ.
6                                    Nevada Bar No. 14180
                                     3993 Howard Hughes Parkway, Suite 100
7                                    Las Vegas, Nevada 89169
                                     T: 702-949-3100/F: 702-916-1779
8                                    Hayes@LitchfieldCavo.com
                                     Zimmer@LitchfieldCavo.com
9                                    *Attorneys for Plaintiff*

10 Dated: May 27, 2020             **CHRISTENSEN JAMES & MARTIN, CHTD.**

11                                By: _____
                                     KEVIN B. ARCHIBALD, ESQ.
12                                   Nevada Bar No. 13817
                                     7440 W. Sahara Avenue
13                                   Las Vegas, Nevada 89117
                                     T: 702-255-1718
14                                   kba@cjmlv.com
                                     *Attorneys for Plaintiffs, Board of Trustees of the*
15                                   *Painters & Floorcoverers Joint Committee, et al.*

16 Dated: May 27, 202              **MGM RESORTS INTERNATIONAL**

17                                By: _____
                                     KELLY R. KICHLINE, ESQ.
18                                   Nevada Bar No. 10642
                                     6385 S. Rainbow Blvd, Suite 500
19                                   Las Vegas, NV 89118
                                     T: 702-692-5651
20                                   kkichline@mgmresorts.com
                                     *Attorneys for Defendant Aria Resort & Casino*
21                                   *LLC*

22 Dated: May 27, 2020             **MARKEL SURETY dba SURETEC INSURANCE COMPANY/SURETEC INDEMNITY COMPANY**
23
                                  By: _Cynthia J. Vincent_
24
                                     Cynthia Vincent, its   Authorized Representative
25         **IT IS SO ORDERED.**
26  Date: _____, 2020.
27
                                     _____
28                                   **United States Magistrate Judge**

3