GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
hayes@litchfieldcavo.com
zimmer@litchfieldcavo.com

*Attorneys for Defendants FF&E Refinishing NV, LLC,*
*FF&E Refinishing, LLC and Robert Mario Insenga*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOOR COVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND ; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and | CASE NO.:  2:19-CV-02056-JCM-BNW<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF JURY DEMAND OF FF&E REFINISHING NV, LLC, FF&E REFINSIHING, LLC AND ROBERT MARIO INSENGA** |

1

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 16, | |
| Plaintiffs, | |
| v. | |
| FF&E REFINISHING NV, LLC, a Nevada limited-liability company; FF&E REFINISHING, LLC, a Georgia limited-liability company; ROBERT MARIO INSENGA, an individual; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited-liability company; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, | |
| Defendants. | |

By and through their counsel, Plaintiffs ("Plaintiffs"), Defendant Aria Resort & Casino LLC ("Aria"), and Defendants FF&E Refinishing NV, LLC ("FF&E Refinishing NV"), FF&E Refinishing, LLC ("FF&E Refinishing") and Robert Mario Insenga ("Insenga")(FF&E Refinishing NV, FF&E Refinishing and Insenga collectively referred to as "FF&E Defendants")(Plaintiffs, Aria, and FF&E Defendants are collectively referred to as the "Parties") hereby Stipulate, Agree and Request this Court Order as follows:

1. On May 1, 2020, FF&E Defendants filed their Answer and Jury Demand [ECF 12] to Plaintiff Complaint [ECF 1].

2. Pursuant to Federal Rule of Civil Procedure 39(a)(1), the Parties stipulate to the withdrawal of FF&E Defendants' demand for jury trial; and

3. The Parties further stipulate that this Stipulation and Order shall not restrict or prohibit FF&E Defendants from asserting a demand for jury trial that otherwise complies with applicable Federal

Rules of Civil Procedure and orders of the Court in the event Aria brings any claim or claims against FF&E Defendants.

Dated:  May 19, 2020  **LITCHFIELD CAVO LLP**

By:   */s/ Daniel B. Cantor, Esq.*
     GRIFFITH H. HAYES, ESQ.
     Nevada Bar No. 7374
     DANIEL B. CANTOR, ESQ.
     Nevada Bar No. 14180
     3993 Howard Hughes Parkway, Suite 100
     Las Vegas, Nevada  89169
     T:  702-949-3100/F: 702-916-1779
     *Hayes@LitchfieldCavo.com*
     *Zimmer@LitchfieldCavo.com*
     *Attorneys for Plaintiff*

Dated: May 19, 2020  **CHRISTENSEN JAMES & MARTIN, CHTD.**

By:   */s/ Kevin B. Archibald, Esq.*
     KEVIN B. ARCHIBALD, ESQ.
     Nevada Bar No. 11871
     7440 W. Sahara Avenue
     Las Vegas, Nevada  89117
     T: 702-255-1718
     *kba@cjmlv.com*
     *Attorneys for Plaintiffs, Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated:  May 19, 2020  **MGM RESORTS INTERNATIONAL**

By:   */s/ Kelly R. Kichline, Esq.*
     KELLY R. KICHLINE, ESQ.
     Nevada Bar No. 10642
     6385 S. Rainbow Blvd, Suite 500
     Las Vegas, NV  89118
     T:  702-692-5651
     *kkichline@mgmresorts.com*
     *Attorneys for Defendant Aria Resort & Casino LLC*

**IT IS SO ORDERED.**

Date: June 2, 2020.

**United States Magistrate Judge**

3