**SODW**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
RYAN B. ZIMMER, ESQ.
Nevada Bar No. 14784
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
hayes@litchfieldcavo.com
zimmer@litchfieldcavo.com

*Attorneys for Defendants FF&E Refinishing NV, LLC,*
*FF&E Refinishing, LLC and Robert Mario Insenga*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 16, | CASE NO.:  2:19-CV-02056-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE** |
| Plaintiffs, | |
| v. | |

1

FF&E REFINISHING NV, LLC, a Nevada limited-liability company; FF&E REFINISHING, LLC, a Georgia limited-liability company; ROBERT MARIO INSENGA, an individual; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited-liability company; ARIA RESORT & CASINO, LLC, a Nevada limited-liability company; MARKEL SURETY HOLDING CORPORATION, a Delaware corporation a/k/a MARKEL SURETY d/b/a SURETEC INSURANCE COMPANY d/b/a SURETEC INDEMNITY COMPANY; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND GLAZIERS MARKET RECOVERY TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 16, (collectively, "Plaintiffs"), by and through their attorneys of record, Christensen, James & Martin, Chtd., Defendants FF&E REFINISHING NV, LLC, FF&E REFINISHING, LLC and ROBERT MARIO INSENGA, by and through their attorneys

2

of record, Litchfield Cavo LLP, Defendants ARIA RESORT & CASINO HOLDINGS, LLC and ARIA RESORT & CASINO, LLC, by and through their attorney of record, Kelly R. Kichline, Esq. of MGM Resorts International, and Defendant MARKEL SURETY HOLDING CORPORATION aka MARKEL SURETY dba SURETEC INSURANCE COMPANY and SURETEC INDEMNITY COMPANY (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the First Amended Complaint filed by Plaintiffs in this case and each and every cause of action therein, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated:  October 7, 2020          **LITCHFIELD CAVO LLP**

By:   */s/ Griffith H. Hayes, Esq.*
   GRIFFITH H. HAYES, ESQ.
   Nevada Bar No. 7374
   RYAN B. ZIMMER, ESQ.
   Nevada Bar No. 14784
   3993 Howard Hughes Parkway, Suite 100
   Las Vegas, Nevada  89169
   T:  702-949-3100/F: 702-916-1779
   E: Hayes@LitchfieldCavo.com
   E: Zimmer@LitchfieldCavo.com
   *Attorneys for Defendants, FF&E Refinishing NV, LLC, FF&E Refinishing, LLC and Robert Mario Insenga*

Dated: October 30, 2020          **CHRISTENSEN JAMES & MARTIN, CHTD.**

By:   */s/ Kevin B. Archibald, Esq.*
   KEVIN B. ARCHIBALD, ESQ.
   Nevada Bar No. 13817
   7440 W. Sahara Avenue
   Las Vegas, Nevada  89117
   T: 702-255-1718
   E: kba@cjmlv.com
   *Attorneys for Plaintiffs, Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated:  October 5, 2020          **MGM RESORTS INTERNATIONAL**

By:   */s/ Kelly R. Kichline, Esq.*
   KELLY R. KICHLINE, ESQ.
   Nevada Bar No. 10642
   6385 S. Rainbow Blvd, Suite 500
   Las Vegas, NV  89118
   T:  702-692-5651
   E: kkichline@mgmresorts.com
   *Attorneys for Defendant Aria Resort & Casino LLC*

/ / /

3

| | |
|---|---|
| Dated:  October 9, 2020 | **LAW OFFICES OF DAVID R. JOHNSON, PLLC**<br><br>By:  */s/ David R. Johnson, Esq.*<br>David R. Johnson, Esq.<br>Nevada Bar No. 6696<br>Law Offices of David R. Johnson, PLLC<br>8712 Spanish Ridge Ave.<br>Las Vegas, NV  89148<br>T:  702-997-5974<br>E:  david@drjohnsonpllc-law.com<br>*Attorneys for Markel Surety Holding Corporation aka Markel Surety dba Suretec Insurance Company and Suretec Indemnity Company* |

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that that the First Amended Complaint filed by Plaintiffs, and each and every cause of action therein, shall be dismissed with prejudice.  Plaintiffs and Defendants will each bear their own fees and costs.

**IT IS SO ORDERED.**


DATED November 6, 2020.


_____
UNITED STATES DISTRICT COURT JUDGE

4